UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Jennifer Feltenstein,

            Plaintiff,                    20 Civ. 6989 (AEK)

   -against-                      **ORDER**

Jewish Home Lifecare Sarah Neuman
Center Westchester,

            Defendant.
-------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been informed that the parties have reached a settlement in principle in this matter.  ECF No. 27.  Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within forty-five (45) days of this Order.  Any application to reopen that is filed after forty-five (45) days from the date of this Order may be denied solely on that basis.

Dated:  September 10, 2021
          White Plains, New York

                                          **SO ORDERED.**

                                          _____
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge